**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile: (213) 383-7368
E-Mail:    maimons@aol.com


Attorney for Plaintiffs
MS & SONS HOSPITALITY,
LLC, MUKESH K. PATEL,
BHAVIN PATEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS & SONS HOSPITALITY, LLC; MUKESH K. PATEL; BHAVIN PATEL, <br><br> Plaintiffs, <br><br> v <br><br> VICTORIA DELARA; LYDIA DELARA; AND DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **[VIOLATION OF 18 U.S.C. SECTION 1964 – RICO]** <br><br> **DEMAND FOR JURY TRIAL** |

1

Plaintiffs MS & SONS HOSPITALITY, LLC, MUKESH K. PATEL, BHAVIN PATEL (collectively "Plaintiffs," or individually "MS," "MP," "BP") hereby file the following Complaint and state and allege as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of the federal court exists under 28 U.S.C. Section 1331 and 28 U.S.C. Section 1964. This action which arises under the laws of the United States, and involves violations of federal law actionable under 18 U.S.C. Section 1964(c).

## PARTIES

2. Plaintiffs are residents of Riverside County, California. Plaintiff MS is a a limited liability company duly formed under the laws of the State of California with a principal office in Thousand Palms, CA.

3. Plaintiffs allege that the Defendants VICTORIA DELARA and LYDIA DELARA (collectively "Plaintiffs," or "VDL," "LDL") were at all times material herein residents of Riverside County, CA.

4 The true names and capacities, whether individual, corporate, associate or otherwise, herein named as Does 1 through 100, and persons heretofore unknown involved in the actions taken against the plaintiffs are unknown to them at this time. Plaintiffs are informed and believe and based thereon allege that each of the DOE defendants are responsible in some manner for the events herein referred to, and that plaintiffs' injuries and damages as herein alleged were proximately caused by those defendants. Plaintiffs sue said defendants by such fictitious names

on the grounds that the true names and capacities of said defendants are unknown to them at this time. Plaintiffs will amend this complaint when the true names and capacities of said Doe defendants are ascertained. Each reference in this complaint to "defendant," defendants," or a specifically named defendant also refers to defendants sued under their fictitious names.

## FACTS COMMON TO ALL CLAIMS

1.    Plaintiff MP is the father of BP.

2.    Plaintiffs are the owners and operators of a motel commonly known as the Motel 6 located at 72215 Varner Road, Thousand Palms, CA 92276 ("Motel").

3.    Plaintiff MP is the principal of MS which holds legal title to the Motel.

4.    Defendants were at all times material herein employees of MS.

5.    During the course of said employment, Defendants falsely provided their tax reporting information to the Plaintiffs with an intent to defraud the Plaintiffs and the United States government in doing so in order to not report and pay the required taxes due for their employment.

6.    In doing so, the Defendants, and each of them, used instrumentalities of the United States mail and e-mail in communicating with Plaintiffs and the Internal Revenue Service in providing the false tax information, which constitutes a federal crime under 18 U.S.C. Sections 1341 as mail fraud.

7.    The false information that was provided the Plaintiffs in order to defraud the Plaintiffs and the United States government was done on multiple occasions over a period of several years.

3

8.     Based, on the foregoing, Plaintiffs allege the following causes of action.

### FIRST CLAIM OF RELIEF

**(Violation of 18 U.S.C. Section 1964(c) Against All Defendants)**

9.   Plaintiffs allege and incorporate herein by reference each and every allegation contained in paragraphs 1-8 above.

10.   The actions of the Defendants VDL and LDL, and each of them, constitutes a federal crime under 18 U.S.C. Section 1341, U.S. mail fraud, and 26 U.S.C. Section 7201, tax fraud, actionable under 28 U.S.C. Section 1964©.

11.   The actions of the Defendants VDL and LDL, and each of them, is an enterprise whose activities also affected interstate commerce, as the Motel accepts customers and guests who travel across state lines.

12.     Said Defendants VDL and LDL and each of them, agreed to and did conduct and participate in the conduct of the enterprise's affairs through a patter of racketeering activity and for the unlawful purpose of intentionally defrauding Plaintiffs and the United States Government with the use of the instrumentalities of the U.S. mail, in violation of 18 U.S.C. Sections 1341, and in violation of 26 U.S.C. Section 7201, tax fraud, constituting a pattern of racketeering activity pursuant to 18 U.S.C. Sections 1961(1) and (5).

4

13.    Said Defendants VDL and LDL, and each of them, have directly and indirectly conducted and participated in the conduct of the enterprise's affairs through the pattern of racketeering activity above.

14.  As a proximate result of the foregoing actions of the Defendants VDL and LDL, and each of them, racketeering activities, and violations of 18 U.S.C. 1961)(1), (5), and 18 U.S.C. 1964©, Plaintiffs have been injured in their business and according to proof at trial but not less than $1,000,000.00 against each defendant. Plaintiffs are also entitled their reasonable attorney's fees and treble damages.

WHEREFORE, Plaintiffs pray judgment against the Defendants, and each of them, as follows:

### FIRST CLAIM FOR RELIEF

1.    For damages according to proof at trial but believed to be not less than $1,000,000.00;

2.  For treble damages;

3.  For attorney's fees;

### FOR ALL CLAIMS FOR RELIEF

4. For costs of suit;

5. For such other and further relief as the Court deems proper.

Dated: December 28, 2022          LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser

FRANK A. WEISER, Attorney for
for Plaintiffs MS & SONS
HOSPITALITY, MUKESH K.
PATEL, BHAVIN PATEL

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial pursuant to F.R.C.P. 38.

Dated: December 28, 2022          LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser

FRANK A. WEISER, Attorney for
for Plaintiffs MS & SONS
HOSPITALITY, MUKESH K.
PATEL, BHAVIN PATEL